FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2015 NOV 10  AM 11: 47

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 2:15-cr- |
| v. | : | |
| | : | 18 U.S.C. §§ 472, 2 |
| IGNACIO DAMIAN MALLOL, and | : | 18 U.S.C. §§ 492, 982 |
| MARCELO EZQUIEL FERRARI | : | 21 U.S.C. § 853 |
| | : | 28 U.S.C. § 2461 |

2:15-cr-155-FtM-29MRM

**INFORMATION**

The United States Attorney charges that:

COUNT ONE

On or about August 8, 2015, in Charlotte County, in the Middle District of Florida,

and elsewhere,

IGNACIO DAMIAN MALLOL, and
MARCELO EZQUIEL FERRAR,

the defendants herein, with intent to defraud, aided and abetted each other by passing,

uttering, or publishing, to a Wal-Mart Store, falsely made, forged and counterfeited

obligations of the United States, that is, two (2) Federal Reserve Notes each in the

denomination of one hundred dollars, Serial Nos. BA40367863A and LI63794220I, for a

total of two hundred ($200.00) dollars, which they then knew to be falsely made, forged

and counterfeited, all in violation of Title 18, United States Code, Sections 472 and 2.

FORFEITURE

A.      The allegations of this Information are re-alleged and by this reference fully

incorporated herein for the purpose of alleging forfeiture to the United States of America

of property in which the defendants has an interest, pursuant to the provisions of Title 28,

United States Code, Section 2461(c), Title 18, United States Code, Sections 492 and 982(a)(2)(B) and (b), and the procedures outlined in Title 21, United States Code, Section 853.

B.     Upon conviction of any of the violations alleged in Count One of this Information, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting, or derived from, any proceeds such defendant obtained directly or indirectly as a result of such violation.

C.     Upon conviction of any of the violations alleged in Count One of this Information, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 492, as incorporated by Title 28, United States Code, Section 2461(c), all counterfeits of any coins or obligations or other securities of the United States or of any foreign government; or any articles, devices, and other things made, possessed, or used in the afore stated offenses; or any material or apparatus used or fitted or intended to be used, in the making of such counterfeits, articles, devices or things, found in the possession of any person without authority from the Secretary of the Treasury or other proper officer.

D.     The property subject to forfeiture includes, but is not limited to, the following:

1.     The sum of approximately two hundred dollars U.S. ($200.00.) in counterfeit Federal Reserve Notes, received or seized from the defendants;

E.     If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants,

1.     cannot be located upon the exercise of due diligence;

2.    has been transferred or sold to, or deposited with a third person;

3.    has been placed beyond the jurisdiction of this Court;

4.    has been substantially diminished in value; or

5.    has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property and, in addition, to require the defendant to return any such property to the jurisdiction of the court for seizure and forfeiture.

All pursuant to Title 28, United States Code, Section 2461(c), Title 18, United States Code, Sections 492 and 982(a)(2)(B) and (b), and Title 21, United States Code, Section 853.


A. LEE BENTLEY, III
United States Attorney


By: _____
MICHAEL C. BAGGÉ-HERNÁNDEZ
Assistant United States Attorney
Trial Counsel

By: _____
JESUS M. CASAS
Assistant United States Attorney
Chief, Fort Myers Division